**RECEIVED**
IN LAFAYETTE, A.

MAY 1 3 2009

TONY R. MOORE, CLERK
BY _____
DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| HARDY ESTES<br>REBECCA ESTES | CIVIL ACTION NO. 08-CV-1851 |
| VS. | JUDGE HAIK |
| UNITED FIRE & CASUALTY CO.<br>*a/k/a United Fire Group*<br>CURTIS JACKSON<br>BRYAN C. FOSTER, SR.<br>STATE FARM MUTUAL AUTOMOBILE<br>INS. CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Defendant United Fire and Casualty Co. removed this case from a local state court alleging that this court has diversity jurisdiction under 28 U.S.C. §1332. The undersigned has reviewed the pleadings to determine whether the $75,000 jurisdictional amount has been met.

Plaintiffs allege that Hardy Estes was injured on October 17, 2007 when a vehicle driven by defendant Curtis E. Jackson collided with his vehicle. Along with Jackson, plaintiffs name as defendants, Bryan C. Foster, Sr., the owner of the vehicle and his insurer, United Fire Lloyds, and his own uninsured motorist insurer, State Farm Ins. Co.

Plaintiffs claim that, as a result of the accident, Hardy Estes sustained a ruptured cervical disc requiring surgical intervention, as well as various other injuries to muscles, ligaments, tendons, broken toes, and an aggravation of pre-existing low back conditions.

In light of the foregoing, the undersigned concludes that the jurisdictional amount has been established in this case.

Signed at Lafayette, Louisiana on _____, 2009.

Mildred E. Methvin
United States Magistrate Judge